**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

March 20, 2024

Via ECF
Hon. Lee G. Dunst
United States District Court
100 Federal Plaza
Central Islip, NY 11722

Re: Olitsky v. Timpano, et al. / 24-CV-00148 (LGD)

Your Honor:

This office represents defendants, Lt. Marc Timpano, Nassau County Police Officer Timothy Metzger and the County of Nassau in the above referenced action. The purpose of this letter is to respectfully request, with the consent of Neil Torczyner, Esq., attorney for plaintiff Douglas Olitsky ("plaintiff"), that the time for defendants to respond to plaintiff's Complaint be extended from March 13, 2024 to March 29, 2024.

Therefore, upon the consent of plaintiff's counsel, defendants respectfully request that that the time for defendants to respond to plaintiff's Complaint be extended from March 13, 2024 to March 29, 2024. This is defendants' second request for an extension of time to respond to the Complaint.

As always, the parties thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

/s/ Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc: via ECF
Neil Torczyner, Esq.
Attorney for Plaintiff